UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CELENA CALDERA,<br><br>              Plaintiff(s),<br>  v.<br><br>NATIONWIDE GENERAL INSURANCE COMPANY,<br><br>              Defendant(s). | CASE NO. C24-2129-KKE<br><br>ORDER GRANTING STIPULATED MOTION FOR A CONTINUANCE |

The parties filed a joint motion to continue the trial date and unexpired pretrial deadlines. Dkt. No. 17. Finding good cause to do so, and in light of the parties' agreement, the Court GRANTS the motion (Dkt. No. 17), VACATES the unexpired pretrial deadlines and trial date (Dkt. No. 11), and directs the courtroom deputy to enter an amended case schedule using the parties' agreed June 8, 2026 trial date.

Dated this 15th day of September, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR A CONTINUANCE - 1