UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CELENA CALDERA,<br><br>  Plaintiff(s),<br><br>  v.<br><br>NATIONWIDE GENERAL INSURANCE COMPANY,<br><br>  Defendant(s). | CASE NO. C24-2129-KKE<br><br>ORDER ON NOTICE OF SETTLEMENT |

The parties filed a notice of settlement, requesting 60 days to file dismissal paperwork. Dkt. No. 23. Accordingly, the Court VACATES the current case schedule and trial date (Dkt. No. 21) and ORDERS the parties to file dismissal paperwork no later than January 5, 2026.

Dated this 6th day of November, 2025.

_Kymberly K. Evanson_
Kymberly K. Evanson
United States District Judge

ORDER ON NOTICE OF SETTLEMENT - 1