UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CELENA CALDERA,<br><br>    Plaintiff(s),<br>  v.<br><br>NATIONWIDE GENERAL INSURANCE COMPANY,<br><br>    Defendant(s). | CASE NO. C24-2129-KKE<br><br>ORDER GRANTING STIPULATED MOTION FOR DISMISSAL |

The parties filed a stipulated motion to dismiss this action and all claims asserted against Defendant under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 25. The Court GRANTS the motion and, consistent with the parties' request, DISMISSES this action and all claims therein with prejudice and without costs or fees to any party.

Dated this 12th day of December, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL - 1